In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-223 CV


____________________



GLEN HENDRIX AND MARY HENDRIX, Appellants



V.



BRIAN LANGSTON, Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 02-10-06601 CV






MEMORANDUM OPINION (1)


 The appellants, Glen Hendrix and Mary Hendrix, and the appellee, Brian Langston,
filed a joint motion to dismiss this appeal. The parties allege they have resolved all
disputes and agreed to dismiss this appeal. The Court finds that the motion is voluntarily
made by the parties through their attorneys of record prior to any decision of this Court
and should be granted. Tex. R. App. P. 42.1(a)(1). 

 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED. 

 PER CURIAM

Opinion Delivered April 21, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.